# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § 
§ 
WATERTECH, INC., §    Case No. 09-22266
§ 
            Debtor § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/18/2009 . The undersigned trustee was appointed on 06/18/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    20,500.12

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,548.59 |
| Bank service fees | 588.51 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 13,363.02 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/27/2013 and the deadline for filing governmental claims was 09/27/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,800.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,800.01 , for a total compensation of $ 2,800.01 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.35 , for total expenses of $ 4.35 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2016                By: /s/JOSEPH E. COHEN
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-22266  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WATERTECH, INC., | Date Filed (f) or Converted (c): | 06/18/09 (f) |
| | | 341(a) Meeting Date: | 07/24/09 |
| For Period Ending: | 12/12/16 | Claims Bar Date: | 09/27/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Contract disputes with Khatami, Taylor, Goldberg, | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2006 Chevrolet Suburban | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. 1999 Pace American Trailer | 200.00 | 0.00 | | 0.00 | FA |
| 4. 1998 Ford Van L250 | 500.00 | 0.00 | | 0.00 | FA |
| 5. Desk, chair | 50.00 | 0.00 | | 0.00 | FA |
| 6. PREFERENCE (u) | 20,000.00 | 0.00 | | 20,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.12 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $30,750.00 | $0.00 | $20,500.12 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SUBMTTED TRF TO US TEE FOR REVIEW  November 10, 2016, 11:11 am
TRUSTEE IS PREPARING HIS TFR AND RELATED DOCUMENTS - 7/29/16. TRUSTEE HAS COMPENSATED SPECIAL COUNSEL AFTER MOTION WAS
APPROVED - 4/30/16. TRUSTEE HAS FILED NEW MOTION TO COMPROMISE LITIGATION - 01/20/16. TRUSTEE HAS EMPLOYED NEW SPECIAL
COUNSEL - Oct. 31, 2015. OBJECTIONS TO SETTLEMENT STILL PENDING - July 30, 2015. STILL TRYING TO RESOLVE OBJECTIONS TO
SETTLEMENT - April 25, 2015. PARTIES ARE STILL TRYING TO RESOLVE OBJECTIONS TO PENDING SETTLEMENT - Jan. 17, 2015.
TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR.  TRUSTEE IS CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE
ANALYSIS WITH THE HELP OF VARIOUS CREDITORS.  TRUSTEE WILL PROBABLY HIRE SPECIAL COUNSEL TO PURSUE POSSIBLE ACTIONS.
TRUSTEE HAS EMPLOYED SPECIAL COUNSEL BY COURT ORDER TO FILE ADVERSARY COMPLAINTS.  TRUSTEE HAS FILED ADVERSARY
COMPLAINTS WHICH ARE BEING CONTESTED BY THE DEFENDANTS. LITIGATION IS ONGOING.  TRUSTEE IS ATTEMPTING TO SETTLE
REMAINING ADVERSARY COMPLAINTS.  TRUSTEE HAS RECEIVED OBJECTIONS TO PROPOSED SETTLEMENT THAT HE IS TRYING TO WORKOUT -
January 14, 2014.  PARTIES STILL ATTEMPTING TO WORKOUT POSSIBLE SETTLEMENT - April 30, 2014.  SAME - July 17, 2014.  NO

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-22266    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | Date Filed (f) or Converted (c):    06/18/09 (f) |
| | | 341(a) Meeting Date:    07/24/09 |
| | | Claims Bar Date:    09/27/13 |

CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/12    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939  Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 12/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,985.28 | | 2,985.28 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.84 | 2,983.44 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.90 | 2,981.54 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.84 | 2,979.70 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.90 | 2,977.80 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,967.80 |
| 02/26/13 | 300001 | CAROL A. RABER | Court reporter fees | 2990-000 | | 367.00 | 2,600.80 |
| | | | Court reporter fees | | | | |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.13 | 2,597.67 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,587.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,577.67 |
| 04/09/13 | 6 | Brian Weinstock | Settlement of Adversary | 1241-000 | 2,500.00 | | 5,077.67 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,067.67 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,057.67 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,047.67 |
| 07/31/13 | 300003 | CAROL A. RABER | Court reporter fees | 2990-000 | | 67.50 | 4,980.17 |
| | | | Court reporter fees | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.17 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.17 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,940.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,930.17 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.17 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,910.17 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,900.17 |
| | | | Page Subtotals | | 5,485.28 | 585.11 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 12/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/14 | 300004 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.13 | 4,893.04 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,883.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,873.04 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,863.04 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,853.04 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,843.04 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,833.04 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,823.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,813.04 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,803.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,793.04 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,783.04 |
| 02/27/15 | 300005 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 5.18 | 4,777.86 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,767.86 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,757.86 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,747.86 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,737.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,727.86 |
| 07/30/15 | 300006 | B. LANE HASLER<br>1016 W. JACKSON<br>SUITE 100<br>CHICAGO, IL 60607 | Replaces Prior Check for Retainer | 3210-000 | | 1,500.00 | 3,227.86 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,217.86 |

Page Subtotals        0.00        1,682.31

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 12/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/21/15 | 300007 | BRIAN WEINSTOCK | Refund of settlement deposit Refund | 2990-003 | | 2,500.00 | 717.86 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 707.86 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 697.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 687.86 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 677.86 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 667.86 |
| 01/21/16 | 6 | BRIAN WEINSTOCK | Settlement of Adversary | 1241-000 | 500.00 | | 1,167.86 |
| 01/21/16 | 6 | ANNE RIBA | Settlement of Adversary | 1241-000 | 10,000.00 | | 11,167.86 |
| 01/21/16 | 6 | BRIAN WEINSTOCK | Settlement of Adversary | 1241-000 | 4,500.00 | | 15,667.86 |
| * 01/21/16 | 300007 | BRIAN WEINSTOCK | Refund of settlement deposit | 2990-003 | | -2,500.00 | 18,167.86 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.62 | 18,155.24 |
| 02/16/16 | 300008 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 0.48 | 18,154.76 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.25 | 18,129.51 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.95 | 18,102.56 |
| 05/02/16 | 300009 | B. Lane Hasler 1016 West Jackson, Suite 100 Chicago, IL 60607 | Attorney for Trustee fees | | | 5,098.17 | 13,004.39 |
| | | | Fees 5,000.00 | 3210-000 | | | |
| | | | Expenses 98.17 | 3220-000 | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.05 | 12,978.34 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.52 | 12,957.82 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.64 | 12,939.18 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.24 | 12,919.94 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.21 | 12,900.73 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.56 | 12,882.17 |

Page Subtotals 15,000.00 5,335.69

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.06c

FORM 2

Page: 4
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-22266 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WATERTECH, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | |
| For Period Ending: | 12/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.15 | 12,863.02 |
| 12/02/16 | | B. LANE HASLER PC | REFUND FROM SPECIAL COUNSEL | | | -500.00 | 13,363.02 |
| | | 1530 STATE STREET, APT 17A | | | | | |
| | | CHICAGO, IL 60605 | | | | | |
| | | B. LANE HASLER PC | Memo Amount: 500.00 | 3210-000 | | | |
| | | | REFUND FROM SPECIAL COUNSEL | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 500.00 | COLUMN TOTALS | | 20,485.28 | 7,122.26 | 13,363.02 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 2,985.28 | 0.00 | |
| | | Subtotal | | 17,500.00 | 7,122.26 | |
| Memo Allocation Net: | 500.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 17,500.00 | 7,122.26 | |

Page Subtotals  0.00  -480.85

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 09-22266 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2196  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3312 | | |
| For Period Ending: | 12/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 6 | BERGER SCHATZ | | 1241-000 | 3,000.00 | | 3,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,000.02 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,000.05 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.81 | 2,996.24 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,996.26 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.56 | 2,992.70 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,992.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 2,988.81 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,988.83 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.55 | 2,985.28 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,985.28 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 3,000.12 | 3,000.12 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 2,985.28 | |
| | | Subtotal | 3,000.12 | 14.84 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 3,000.12 | 14.84 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********1939 | 17,500.00 | 7,122.26 | 13,363.02 |
| | | Money Market Account (Interest Earn - ********2196 | 3,000.12 | 14.84 | 0.00 |
| Total Memo Allocation Net: | 500.00 | | 20,500.12 | 7,137.10 | 13,363.02 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,000.12    3,000.12

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-22266 -ABG |
| Case Name: | WATERTECH, INC., |
| Taxpayer ID No: | *******3312 |
| For Period Ending: | 12/12/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2196 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********1939 | | | | |
| | | | Money Market Account (Interest Earn - ********2196 | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Page 1

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: December 12, 2016

Case Number: 09-22266
Debtor Name: WATERTECH, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-60 | LINDA KUJACA<br>550 ARLENE DRIVE<br>WOOD DALE, IL 60191 | Administrative | | $7,078.94 | $0.00 | $7,078.94 |
| 001 2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $1,500.00 | $0.00 | $1,500.00 |
| ADMIN 001 3220-61 | B. LANE HASLER<br>1016 W JACKSON<br>STE 100<br>CHICAGO, IL 60607 | Administrative | | $6,098.17 | $6,098.17 | $0.00 |
| ADMIN 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $2,804.36 | $0.00 | $2,804.36 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $10.26 | $10.26 | $0.00 |
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $5.66 | $5.66 | $0.00 |
| 000001 070 7100-00 | Vincent Taylor<br>c/o Colleen E. McManus<br>Much Shelist, et.al.<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | Unsecured | | $176,922.00 | $0.00 | $176,922.00 |
| 000002 070 7100-00 | Kris Tappendorf and Julie Tappendorf<br>W. Britton Isaly (attorney for Creditor)<br>Ancel, Glink<br>140 S. Dearborn St, 6th Fl<br>Chicago, IL 60603 | Unsecured | | $17,455.84 | $0.00 | $17,455.84 |
| 000003 070 7100-00 | Barry and Ilene Goldberg<br>c/o Ilene F. Goldstein, Chartered<br>900 Skokie Blvd, Suite 128<br>Northbrook, IL 60062 | Unsecured | | $138,291.70 | $0.00 | $138,291.70 |
| | Case Totals: | | | $350,166.93 | $6,114.09 | $344,052.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22266
Case Name: WATERTECH, INC.,
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 13,363.02

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,800.01 | $ 0.00 | $ 2,800.01 |
| Trustee Expenses: JOSEPH E. COHEN | $ 4.35 | $ 0.00 | $ 4.35 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 10.26 | $ 10.26 | $ 0.00 |
| Other: LINDA KUJACA | $ 7,000.00 | $ 0.00 | $ 7,000.00 |
| Other: LINDA KUJACA | $ 78.94 | $ 0.00 | $ 78.94 |
| Other: B. LANE HASLER | $ 6,000.00 | $ 6,098.17 | $ 0.00 |
| Other: B. LANE HASLER | $ 98.17 | $ 0.00 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 5.66 | $ 5.66 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     11,383.30
Remaining Balance                                          $      1,979.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 332,669.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Vincent Taylor | $ 176,922.00 | $ 0.00 | $ 1,052.86 |
| 000002 | Kris Tappendorf and Julie Tappendorf | $ 17,455.84 | $ 0.00 | $ 103.88 |
| 000003 | Barry and Ilene Goldberg | $ 138,291.70 | $ 0.00 | $ 822.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,979.72 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE