IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **Watertech, Inc.** | ) | No. 09 B 22266 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on December 15, 2016,

by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Joseph E. Cohen_____
                                                            One of His Attorney

Service List:

Vincent Taylor
c/o Colleen E. McManus
Much Shelist, et al.
191 N. Wacker Drive, #1800
Chicago, IL   60606

Kris Tappendorf & Julie Tappendorf
c/o W. Britton Isaly
Ancel, Glink
140 S Dearborn Street, 6th Floor
Chicago, IL   60603

Barry & Ilene Goldberg
c/o Ilene F. Goldstein, Chartered
900 Skokie Blvd, Ste 128
Northbrook, IL   60062

Peter Swan
peter@esb-law.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov