UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
WATERTECH, INC., §    Case No. 09-22266
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,750.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,058.66 | Claims Discharged<br>Without Payment: 418,510.88 |
| Total Expenses of Administration: 17,441.46 | |

    3) Total gross receipts of $ 20,500.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 20,500.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 10,486.32 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,539.63 | 23,539.63 | 17,441.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,000.00 | 332,669.54 | 332,669.54 | 3,058.66 |
| **TOTAL DISBURSEMENTS** | $ 91,486.32 | $ 356,209.17 | $ 356,209.17 | $ 20,500.12 |

    4)  This case was originally filed under chapter 7 on  06/18/2009 .  The case was pending for 94 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/07/2017                    By:/s/JOSEPH E. COHEN
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE | 1241-000 | 20,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.12 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,500.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC P.O. Box 9001948 Louisville, KY 40290-1948 | | 10,486.32 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 10,486.32** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,800.01 | 2,800.01 | 2,800.01 |
| COHEN, JOSEPH E. | 2200-000 | NA | 4.35 | 4.35 | 4.35 |
| ADAMS-LEVINE | 2300-000 | NA | 5.66 | 5.66 | 5.66 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.26 | 10.26 | 10.26 |
| ASSOCIATED BANK | 2600-000 | NA | 573.67 | 573.67 | 573.67 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 14.84 | 14.84 | 14.84 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| CAROL A. RABER | 2990-000 | NA | 434.50 | 434.50 | 434.50 |
| B. LANE HASLER | 3210-000 | NA | 6,500.00 | 6,500.00 | 6,500.00 |
| B. LANE HASLER PC | 3210-000 | NA | -500.00 | -500.00 | -500.00 |
| B. LANE HASLER | 3210-600 | NA | 6,000.00 | 6,000.00 | 0.00 |
| LINDA KUJACA | 3210-600 | NA | 5,921.06 | 5,921.06 | 5,921.06 |
| B. LANE HASLER | 3220-000 | NA | 98.17 | 98.17 | 98.17 |
| B. LANE HASLER | 3220-610 | NA | 98.17 | 98.17 | 0.00 |
| LINDA KUJACA | 3220-610 | NA | 78.94 | 78.94 | 78.94 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,539.63 | $ 23,539.63 | $ 17,441.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 1 | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 804527 Cincinnati, OH 45280-4527 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A & H Construction LLC 19729 W. Hawnthorn Blvd. Mundlein, IL 60060 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Darrell Graham 53 W. Jackson #1334 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | David Buckley, Esquire c/o Kelleher & Buckley 102 S. Wynstone Park Drive North Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Exquisite Marble and Granite 1082 E. Park Avenue Libertyville, IL 60048 | | 10,000.00 | NA | NA | 0.00 |
| | F.E. Wheaton 703 W Wesley Street Wheaton, IL 60187 | | 30,000.00 | NA | NA | 0.00 |
| | Jim Walton 740 Hawthorne Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Kris and Julie Tappendorf 2670 Quail Northbrook, IL 60065 | | 0.00 | NA | NA | 0.00 |
| | Lakeside Glass & Mirror 1914 1st Street Highland Park, IL 60035 | | 6,000.00 | NA | NA | 0.00 |
| | Lisa Loweth 38052 Lakeside Antioch, IL 60002 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michaels Roofing 368 West Liberty Street Wauconda, IL 60084 | | 35,000.00 | NA | NA | 0.00 |
| | Rein Electric Mr. Anthony Rein 638 Stuart Street Grayslake, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | Sam and Mojgan Khatami 485 Ravine Highland Park, IL 60035 | | 0.00 | NA | NA | 0.00 |
| | Scott and Amy Skinger 3402 Kettle Court Island Lake, IL 60042 | | 0.00 | NA | NA | 0.00 |
| | Tim Haislet 38052 Lakeside Antioch, IL 60002 | | 0.00 | NA | NA | 0.00 |
| 000003 | BARRY AND ILENE GOLDBERG | 7100-000 | 0.00 | 138,291.70 | 138,291.70 | 1,271.50 |
| 000002 | KRIS TAPPENDORF AND JULIE TAPPENDOR | 7100-000 | 0.00 | 17,455.84 | 17,455.84 | 160.49 |
| 000001 | VINCENT TAYLOR | 7100-000 | 0.00 | 176,922.00 | 176,922.00 | 1,626.67 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 81,000.00 | $ 332,669.54 | $ 332,669.54 | $ 3,058.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-22266 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | WATERTECH, INC., | | | Date Filed (f) or Converted (c): | 06/18/09 (f) |
| | | | | 341(a) Meeting Date: | 07/24/09 |
| For Period Ending: | 03/07/17 | | | Claims Bar Date: | 09/27/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Contract disputes with Khatami, Taylor, Goldberg, | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2006 Chevrolet Suburban | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. 1999 Pace American Trailer | 200.00 | 0.00 | | 0.00 | FA |
| 4. 1998 Ford Van L250 | 500.00 | 0.00 | | 0.00 | FA |
| 5. Desk, chair | 50.00 | 0.00 | | 0.00 | FA |
| 6. PREFERENCE (u) | 20,000.00 | 0.00 | | 20,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.12 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $30,750.00      $0.00      $20,500.12      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SUBMTTED TRF TO US TEE FOR REVIEW  December 12, 2016, 03:20 pm

TRUSTEE IS PREPARING HIS TFR AND RELATED DOCUMENTS - 7/29/16. TRUSTEE HAS COMPENSATED SPECIAL COUNSEL AFTER MOTION WAS APPROVED - 4/30/16. TRUSTEE HAS FILED NEW MOTION TO COMPROMISE LITIGATION - 01/20/16. TRUSTEE HAS EMPLOYED NEW SPECIAL COUNSEL - Oct. 31, 2015. OBJECTIONS TO SETTLEMENT STILL PENDING - July 30, 2015. STILL TRYING TO RESOLVE OBJECTIONS TO SETTLEMENT - April 25, 2015. PARTIES ARE STILL TRYING TO RESOLVE OBJECTIONS TO PENDING SETTLEMENT - Jan. 17, 2015. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR.  TRUSTEE IS CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS WITH THE HELP OF VARIOUS CREDITORS.  TRUSTEE WILL PROBABLY HIRE SPECIAL COUNSEL TO PURSUE POSSIBLE ACTIONS. TRUSTEE HAS EMPLOYED SPECIAL COUNSEL BY COURT ORDER TO FILE ADVERSARY COMPLAINTS.  TRUSTEE HAS FILED ADVERSARY COMPLAINTS WHICH ARE BEING CONTESTED BY THE DEFENDANTS. LITIGATION IS ONGOING.  TRUSTEE IS ATTEMPTING TO SETTLE REMAINING ADVERSARY COMPLAINTS.  TRUSTEE HAS RECEIVED OBJECTIONS TO PROPOSED SETTLEMENT THAT HE IS TRYING TO WORKOUT - January 14, 2014.  PARTIES STILL ATTEMPTING TO WORKOUT POSSIBLE SETTLEMENT - April 30, 2014.  SAME - July 17, 2014.  NO

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-22266   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | Date Filed (f) or Converted (c): | 06/18/09 (f) |
| | | 341(a) Meeting Date: | 07/24/09 |
| | | Claims Bar Date: | 09/27/13 |

CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/12     Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 03/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,985.28 | | 2,985.28 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.84 | 2,983.44 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.90 | 2,981.54 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.84 | 2,979.70 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.90 | 2,977.80 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,967.80 |
| 02/26/13 | 300001 | CAROL A. RABER | Court reporter fees | 2990-000 | | 367.00 | 2,600.80 |
| | | | Court reporter fees | | | | |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 3.13 | 2,597.67 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,587.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,577.67 |
| 04/09/13 | 6 | Brian Weinstock | Settlement of Adversary | 1241-000 | 2,500.00 | | 5,077.67 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,067.67 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,057.67 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,047.67 |
| 07/31/13 | 300003 | CAROL A. RABER | Court reporter fees | 2990-000 | | 67.50 | 4,980.17 |
| | | | Court reporter fees | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.17 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.17 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,940.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,930.17 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.17 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,910.17 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,900.17 |

Page Subtotals 5,485.28 585.11

Ver: 19.07

LFORM24

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 03/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/14 | 300004 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.13 | 4,893.04 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,883.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,873.04 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,863.04 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,853.04 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,843.04 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,833.04 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,823.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,813.04 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,803.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,793.04 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,783.04 |
| 02/27/15 | 300005 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 5.18 | 4,777.86 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,767.86 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,757.86 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,747.86 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,737.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,727.86 |
| 07/30/15 | 300006 | B. LANE HASLER<br>1016 W. JACKSON<br>SUITE 100<br>CHICAGO, IL 60607 | Replaces Prior Check for Retainer | 3210-000 | | 1,500.00 | 3,227.86 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,217.86 |

Page Subtotals     0.00     1,682.31

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939  Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 03/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/21/15 | 300007 | BRIAN WEINSTOCK | Refund of settlement deposit Refund | 2990-003 | | 2,500.00 | 717.86 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 707.86 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 697.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 687.86 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 677.86 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 667.86 |
| 01/21/16 | 6 | BRIAN WEINSTOCK | Settlement of Adversary | 1241-000 | 500.00 | | 1,167.86 |
| 01/21/16 | 6 | ANNE RIBA | Settlement of Adversary | 1241-000 | 10,000.00 | | 11,167.86 |
| 01/21/16 | 6 | BRIAN WEINSTOCK | Settlement of Adversary | 1241-000 | 4,500.00 | | 15,667.86 |
| * 01/21/16 | 300007 | BRIAN WEINSTOCK | Refund of settlement deposit | 2990-003 | | -2,500.00 | 18,167.86 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.62 | 18,155.24 |
| 02/16/16 | 300008 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 0.48 | 18,154.76 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.25 | 18,129.51 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.95 | 18,102.56 |
| 05/02/16 | 300009 | B. Lane Hasler 1016 West Jackson, Suite 100 Chicago, IL  60607 | Attorney for Trustee fees | | | 5,098.17 | 13,004.39 |
| | | | Fees       5,000.00 | 3210-000 | | | |
| | | | Expenses     98.17 | 3220-000 | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.05 | 12,978.34 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.52 | 12,957.82 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.64 | 12,939.18 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.24 | 12,919.94 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.21 | 12,900.73 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.56 | 12,882.17 |

Page Subtotals     15,000.00     5,335.69

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2 Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 03/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.15 | 12,863.02 |
| 12/02/16 | | B. LANE HASLER PC<br>1530 STATE STREET, APT 17A<br>CHICAGO, IL 60605 | REFUND FROM SPECIAL COUNSEL | | | -500.00 | 13,363.02 |
| | | B. LANE HASLER PC | Memo Amount: 500.00<br>REFUND FROM SPECIAL COUNSEL | 3210-000 | | | |
| 02/03/17 | 300010 | LINDA KUJACA<br>550 ARLENE DRIVE<br>WOOD DALE, IL 60191 | Special Counsel for Trustee Fees | | | 6,000.00 | 7,363.02 |
| | | | Fees 5,921.06 | 3210-600 | | | |
| | | | Expenses 78.94 | 3220-610 | | | |
| 02/03/17 | 300011 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Deferred Adversary Filing Fees | 2700-000 | | 1,500.00 | 5,863.02 |
| 02/03/17 | 300012 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | | | 2,804.36 | 3,058.66 |
| | | | Fees 2,800.01 | 2100-000 | | | |
| | | | Expenses 4.35 | 2200-000 | | | |
| * 02/03/17 | 300013 | Vincent Taylor<br>c/o Colleen E. McManus<br>Much Shelist, et.al.<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | Claim 000001, Payment 0.91943% | 7100-003 | | 1,626.67 | 1,431.99 |
| 02/03/17 | 300014 | Kris Tappendorf and Julie Tappendorf<br>W. Britton Isaly (attorney for Creditor)<br>Ancel, Glink<br>140 S. Dearborn St, 6th Fl<br>Chicago, IL 60603 | Claim 000002, Payment 0.91941%<br>(2-1) Modified on 09/27/2013 to<br>correct creditor name and address (LTK) | 7100-000 | | 160.49 | 1,271.50 |

Page Subtotals 0.00 11,610.67

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-22266 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WATERTECH, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1939 Checking Account |
| Taxpayer ID No: | *******3312 | | |
| For Period Ending: | 03/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/03/17 | 300015 | Barry and Ilene Goldberg<br>c/o Ilene F. Goldstein, Chartered<br>900 Skokie Blvd, Suite 128<br>Northbrook, IL 60062 | Claim 000003, Payment 0.91943%<br>(3-1) Construction Contract Claim | 7100-000 | | 1,271.50 | 0.00 |
| * 02/06/17 | 300013 | Vincent Taylor<br>c/o Colleen E. McManus<br>Much Shelist, et.al.<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | Claim 000001, Payment 0.91943% | 7100-003 | | -1,626.67 | 1,626.67 |
| 02/06/17 | 300016 | Vincent Taylor<br>5150 Ridge Road<br>Cazenovia, NY 13035 | Claim 000001, Payment 0.91943% | 7100-000 | | 1,626.67 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 500.00 | COLUMN TOTALS | | 20,485.28 | 20,485.28 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 2,985.28 | 0.00 | |
| | | Subtotal | | 17,500.00 | 20,485.28 | |
| Memo Allocation Net: | 500.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 17,500.00 | 20,485.28 | |

Page Subtotals         0.00         1,271.50

Ver: 19.07

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-22266 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2196  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3312 | | | |
| For Period Ending: | 03/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 6 | BERGER SCHATZ | | 1241-000 | 3,000.00 | | 3,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,000.02 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,000.05 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.81 | 2,996.24 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,996.26 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.56 | 2,992.70 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,992.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 2,988.81 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,988.83 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.55 | 2,985.28 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,985.28 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 3,000.12 | 3,000.12 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 2,985.28 | |
| | | Subtotal | | 3,000.12 | 14.84 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 3,000.12 | 14.84 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********1939 | 17,500.00 | 20,485.28 | 0.00 |
| | | Money Market Account (Interest Earn - ********2196 | 3,000.12 | 14.84 | 0.00 |
| Total Memo Allocation Net: | 500.00 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 20,500.12 | 20,500.12 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   3,000.12   3,000.12

Ver: 19.07

LFORM24

FORM 2

Page: 7

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-22266 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WATERTECH, INC., | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2196  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3312 | | |
| For Period Ending: | 03/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********1939

Money Market Account (Interest Earn - ********2196

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*